# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLATIRON WEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | No. 2:20-cv-09022-JAK-MRW <br><br> **ORDER RE STIPULATION TO CONTINUE ORDER TO SHOW CAUSE RE DISMISSAL TO APRIL 25, 2022 (DKT. 39)** |

Based on a review of the parties' Stipulation to Continue Order to Show Cause Re Dismissal to April 25, 2022 (the "Stipulation" (Dkt. 39)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The hearing on the Order to Show Cause Re Dismissal is continued from February 7, 2022, to April 25, 2022, at 8:30 a.m.; provided, however, that if a request for dismissal is filed by April 18, 2022, the Order to Show Cause will be discharged and the associated hearing taken off calendar.

/ /

/ /

/ /

1

1       **IT IS SO ORDERED.**

2

3   DATED: January 24, 2022

4                                       John A. Kronstadt
                                        United States District Judge